UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 14-3379 JJG

UNITED STATES OF AMERICA

vs.

RICHARD LAVALLIERE,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes   X   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes   X   No

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

BY:   */s/ Seth Schlessinger*
        SETH M. SCHLESSINGER
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 64065
        99 N. E. 4th Street
        Miami, Florida 33132-2111
        TEL (305) 961-9260
        FAX (305) 536-4676

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Richard Lavalliere,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 14-3379 JJO<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 13, 2014__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine. |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of Firearms in Furtherance of Drug Trafficking Offense. |
| 18 U.S.C. §§ 922(g)(1), 924(e) | Possession of Firearms by Convicted Felon. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher M. Mayo, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/14/2014__

_____
*Judge's signature*

City and state: __Miami, Florida__   Hon. John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Christopher M. Mayo, being duly sworn hereby depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately four and one-half years. I am currently assigned to a Transnational Organized Crime-Western Hemisphere squad in the Miami Division. Prior to becoming a Special Agent with the FBI, I was employed as a police officer/detective for approximately nine and one-half years.

2. This affidavit is submitted in support of the attached complaint charging Richard LAVALLIERE with: 1) possession with intent to distribute cocaine, in violation of Title 18, United States Code, Section 841(a)(1); 2) possession of firearms in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A); and 3) possession of firearms by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

3. The information contained in this affidavit includes information both learned by me in the course of the investigation, as well as other information provided to me by other law enforcement officers and witnesses involved in the investigation. Because this affidavit is submitted for the sole purpose of establishing probable cause in support of the attached complaint, it does not include all of the information that is known to me or other law enforcement officers regarding the investigation.

4. On October 30, 2014, based upon information obtained during the course of a long-term investigation into ongoing narcotics-trafficking and access device fraud conspiracies, the Hon. William C. Turnoff, United States Magistrate Judge, signed a search warrant authorizing the search of Richard LAVALLIERE's residence, located at 260 NW 151st Street, Miami, Florida 33169. Miami-Dade County Property Appraiser records show that LAVALLIERE is the owner of the residence located at 260 NW 151st Street. Moreover, law enforcement officers conducting

surveillance have observed LAVALLIERE at 260 NW 151st Street on numerous occasions. In addition, law enforcement officers have frequently observed various automobiles operated by LAVALLIERE parked at 260 NW 151st Street.

5. On the morning of November 13, 2014, law enforcement officers executed the search warrant at 260 NW 151st Street, Miami, Florida. LAVALLIERE and three other males were present in the residence at the time of the search. Another male was sleeping in a van parked outside the house.

6. During the search of LAVALLIERE's residence, a brick of suspected cocaine was recovered from a lower cabinet drawer in the kitchen of the residence. The suspected cocaine was subjected to a field test, which confirmed the presence of cocaine. Next to the brick of suspected cocaine in the same lower cabinet drawer were the following five (5) handguns:

    a. Glock 19, serial number BTF947;

    b. Ruger LCP .380, serial number 374-83461;

    c. Smith and Wesson Model 649, serial number AHT3955;

    d. Sig Sauer P229 serial number AK22829;

    e. Beretta 92 Brigadier, serial number BER298765.

7. None of the firearms described above was manufactured in the State of Florida.

8. Officers conducting the search of 260 NW 151st Street further recovered five (5) additional firearms. One of the firearms was located in a dresser inside LAVALLIERE's bedroom. The other four (4) firearms were recovered from another room in LAVALLIERE's residence. In the course of the search, officers also recovered an amount of suspected crack cocaine, and a total of approximately one million dollars ($1,000,000) in United States currency. Slightly less than

$300,000 of the currency was located in shoeboxes in LAVALLIERE's bedroom. Approximately $700,000 was located in a safe inside the floor of a shed in the residence's backyard. LAVALLIERE provided law enforcement officers with the key which opened the safe. Wage and earnings records maintained by the State of Florida indicate that LAVALLIERE has maintained no recorded employment since January 2005.

9. In addition to his residence located at 260 NW 151st Street, LAVALLIERE owns and operates an apartment building located at 135 NE 59th Street, Miami, Florida. LAVALLIERE has been observed at 135 NE 59th Street, Miami, Florida on numerous occasions by law enforcement officers conducting surveillance.

10. On November 13, 2014, LAVALLIERE provided law enforcement officers with written consent to search the building located at 135 NE 59th Street. LAVALLIERE accompanied law enforcement officers to 135 NE 59th Street, where a search of certain apartments was conducted. The search of Apartment 12 of 135 NE 59th Street yielded approximately fifty-five (55) firearms, including approximately fifty-two (52) handguns and approximately three (3) rifles. Property records indicate that Apartment 12 of 135 NE 59th Street is jointly owned by LAVALLIERE and Clebert Ferdinand.[1] Also recovered from 135 NE 59th Street were approximately two (2) kilograms of suspected cocaine, as well as a variety of items suspected to have been acquired through fraudulent means.

11. Prior to November 13, 2014, LAVALLIERE had been convicted of multiple felony offenses. To law enforcement's knowledge, LAVALLIERE has never had, and has never attempted to have, his right to possess a firearm restored.

3

12. Based upon the foregoing, I respectfully submit that there is probable cause to believe that LAVALLIERE has committed the following offenses: 1) possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1); 2) possession of firearms in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and 3) possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e). I therefore respectfully request that the attached complaint be issued, charging LAVALLIERE with the aforementioned offenses.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Special Agent Christopher M. Mayo
Federal Bureau of Investigation

Sworn to and subscribed before me this
__14__ day of November, 2014.

_____
HON. JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

---

[1] Clebert Ferdinand is the name of LAVALLIERE's deceased father.

4