UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20916-JLK

UNITED STATES OF AMERICA
   Plaintiff,
vs.

RICHARD LAVALLIERE,
   Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, Richard Lavalliere, by and through undersigned counsel, pursuant to Rule 32(f) of the Federal Rule of Criminal Procedure, Rule 88.9 of the Local Rules for the Southern District of Florida and the Due Process Clause of the Fifth Amendment to the United States Constitution, respectfully files the Defendant's objections to the Pre-Sentence Investigation Report (PSR) and states:

1. Paragraph 14

Defendant objects to paragraph 14. Mr. Lavalliere did not provide law enforcement with written consent to search the building at 135 NE 59 Street. Mr. Lavalliere signed a consent to search Apartment No. 3 and storage of the building.

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 20, 2015, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        BOZANIC LAW, P.A.
        800 Brickell Avenue
        Penthouse Two

Miami, FL 33131
Telephone:     305.643.1040
Facsimile:      305.356.7154
E-Mail: Zeljka@bozaniclaw.com

By:  /s/*Zeljka Bozanic*
  _____
  Zeljka Bozanic
  Florida Bar No.  23707



Clarke Silverglate, P.A.
799 Brickell Plaza
Suite 900
Miami, FL 33131
Telephone 305-377-0700
Fax           305-377-3001
E-mail**:** Dweinstein@cspalaw.com

By:  /s/*David Weinstein*
  _____
  David S. Weinstein
  Florida Bar No.  749214

2